# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11-CR- 227-MOC |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| RAMSEY DEAN LEWIS | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal" (Document No. 56) filed June 13, 2016 by the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina. The government seeks an order directing that the Government's Response in this matter be sealed, based on the fact that the document contains health care information pertaining to the Defendant. The Court finds that sealing is appropriate.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal" (Document No. 56) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Government's Response To Court's Request Of Inquiry Into Defendant's Course Of Healthcare In BOP" (Document No. 55) be sealed pending further order of the Court.

**SO ORDERED**.

Signed: June 15, 2016

David C. Keesler
United States Magistrate Judge