UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00227-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RAMSEY DEAN LEWIS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Continue Sentencing and Motion to Seal. Having considered the government's motions and reviewed the pleadings, the Court finds that good cause has been shown for sealing the Motion to Continue and that no less restrictive means exists to protect the legitimate law enforcement interest therein asserted. The Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Seal (#74) is **GRANTED**, the Motion to Continue is **SEALED,** and the Motion to Continue Sentencing (#73) is **GRANTED** for the reasons therein discussed, and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar after January 2018.

Signed: November 17, 2017

